**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MADEL PA

                Plaintiff,

      vs.

Deloitte Consulting LLP and Deloitte
Development LLC,

                Defendants.

Court File No.: 24-mc-50

**MADEL PA's MOTION TO QUASH SUBPOENA**

---

      MADEL PA, by and through its undersigned counsel, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby moves the Court for an order quashing the subpoena served on MADEL PA on October 4, 2024 by Deloitte Consulting LLP and Deloitte Development LLC related to the underlying litigation *Deloitte Consulting LLP et al. v. Sagitec Solutions, LLC* matter, Case No. 23-325-WCB, pending the U.S. District Court for the District of Delaware. This motion is based upon the files, records, and proceedings herein, including the memorandum of law and Declaration of Jennifer Robbins to be filed and served contemporaneously herewith.

DATED:  October 16, 2024   Respectfully Submitted,
             **MADEL PA**

             By */s/ Jennifer M. Robbins*
             Christopher W. Madel (#230297)
             Jennifer M. Robbins (#387745)
             800 Pence Building
             800 Hennepin Avenue
             Minneapolis, MN  55403
             Telephone: 612-605-0630
             cmadel@madellaw.com
             jrobbins@madellaw.com

             *Attorneys for Plaintiff MADEL PA*